Appeal from an order entered in the Ulster county clerk's office on the 25th day of February, 1911.

PER CURIAM: We are of the opinion the appellant had sufficient interest in the property to make the motion for a resale and to appeal to this court. Manifestly the appellant expected that Schantz was to bid in property according to his agreement. He failed to make any bid at all. The property sold for much less than its conceded value. Under the circumstances a resale should have been ordered. The order should, therefore, be reversed and the motion granted. All concurred, except Smith, P. J., and Sewell, J., dissenting. Order reversed, with ten dollars costs and disbursements, and motion granted, without costs.

---

Paul F. Akin, an Infant, by Frank T. Akin, His Guardian ad Litem, Respondent, v. William A. Lee, Appellant.— Judgment and order unanimously affirmed, with costs.

The American Seeding Machine Company, Appellant, v. John Conklin Sons Company, Respondent, Impleaded with Clark M. Sharpe.— Judgment affirmed, with costs. All concurred.

Frank S. Anderson, Respondent, v. Adelaide M. Anderson, Appellant. — Order affirmed, without costs. All concurred.

John V. D. H. Bradt, Jr., as Executor, etc., of John V. D. H. Bradt, Sr., Deceased, Respondent, v. John H. Bradt, Appellant, Impleaded with the Home Savings Bank of the City of Albany, New York.—Judgment affirmed, with costs. All concurred, except Houghton, J., dissenting.

John Belin, by Edward R. Belin, His Guardian ad Litem, Appellant, v. Elmira Table Manufacturing Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kellogg and Sewell, JJ., dissenting.

Arthur D. Branagan, Appellant, v. Harry Buckman and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Kellogg and Sewell, JJ., dissenting.

James Blute v. Cornelius C. Fellowes.— Motion denied.

The City of Ithaca, Respondent, v. Ithaca Street Railway Company, Appellant.   (No. 1.)— Judgment unanimously affirmed, with costs.

The City of Ithaca, Appellant, v. Ithaca Street Railway Company, Respondent.   (No. 2.)— Judgment unanimously affirmed, with costs.

Edward Collins, Respondent, v. Fort Orange Construction Company, Appellant, Impleaded with The State of New York.— Judgment unanimously affirmed, with costs.

Dr. Shoop Family Medicine Company, Respondent, v. E. C. McKallor Drug Company, Appellant.— Judgment unanimously affirmed, with costs.

Myrtie A. Joslyn v. Empire State Degree of Honor.— Motion granted